Argued September 12, affirmed November 10, 1972

## COLLIER CARBON & CHEMICAL CORPORATION, *Respondent, v.* DEPARTMENT OF REVENUE, *Appellant.*

502 P2d 595

*Glen V. Sorensen,* Assistant Attorney General, Salem, argued the cause for appellant.

*Richard E. Alexander,* Portland, argued the cause for respondent.

O'CONNELL, C.J.

This is an appeal by the Department of Revenue

from a decree of the Oregon Tax Court in favor of plaintiff.

The issue at trial and upon appeal is the applicability of ORS 307.330, which exempts from taxation a building or structure which is in the process of construction. Plaintiff had completed a part of a complex of buildings which were designed for the receiving, storage and trans-shipment of prilled urea, a product of natural gas used as fertilizer. Defendant assessed plaintiff for the value of the buildings which had been completed. The Tax Court held that the completed buildings were not subject to taxation until the whole complex of buildings was completed.

We agree with the Tax Court's interpretation of ORS 307.330 for the reasons set out in the Tax Court's opinion. 5 OTR Adv Sh 1 (1972).

Decree affirmed.